**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000533
08-OCT-2025
08:49 AM
Dkt. 59 OAWST**

NO. CAAP-23-0000533


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


MATTHEW L. CONMY; STEPHANIE JO CONMY;
RONALD L. CHALKER; WAYNELL J. CHALKER; NORBERTO B. ANG;
ROSE E.G. ANG; RAYMOND ANGEL; GAYLA O. GILBERT fka
DONNA ALLEN; LISA LUJAN nka LISA LUJAN SHAW; DONNA LYNCH;
MARY RITER, Individually and on behalf of the Estate of
GREGORY RITER; BRYAN M. TAGALAN and RELLY C. TAGALAN,
Individually and as Trustees of the Bryan M. and
Relly C. Tagalan Living Trust dated April 18, 2005,
Plaintiffs-Appellees,
and
BARBARA S. YAMAMOTO and DAVID KAM LEE YOUNG,
Plaintiffs-Appellants,
v.
WAYNE G. SCHNEIDER; HEIDI S. SUMMERS; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC.; USAA
FEDERAL SAVINGS BANK; PAUL R. STONELAKE; JEMARIE L.
IGNACIO; RALDY D. DUQUE; ROLLY CHITO B. LARROBIS;
SANDRA D. LARROBIS; SHIRLEY D. DUQUE; CALIBER HOME
LOANS, INC.; BRIAN KEITH SMITH; KELLY MARIE HEIMAN-SMITH;
SAIMONI PUTENI; TUPOU FALEAKA PUTENI; NICOLAS QUEZADA;
ELSA QUEZADA; CHRISTOPHER JAMES MYERS; WENDELIN JAYNE MYERS;
FEDERAL NATIONAL MORTGAGE ASSOCIATION; NATHAN R. KIJOWSKI;
DAWN M. KIJOWSKI; FREDERICK M. RYMSHA and JANET LEE RYMSHA,
Individually and as Trustees of The Frederick M. Rymsha
and Janet Lee Rymsha Trust dated August 2, 2010;
DREW E. MEADOR; KARLEE ANN MEADOR; JPMORGAN CHASE BANK, N.A.;
JAY TAKEO FUJIMOTO; CANDACE KAYO TAKAI; BANK OF HAWAII;
BANK OF AMERICA, N.A., Defendants-Appellees,
and
DOE DEFENDANTS 1-50, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CCV-20-0000307)

**ORDER**
(By: Hiraoka, Presiding Judge, McCullen and Guidry, JJ.)

Upon consideration of the *Stipulation for Dismissal With Prejudice of Appeal*, filed on October 2, 2025, and the record, it appears that (1) the appeal has been docketed; (2) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, October 8, 2025.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge